1  WILLIAM M. KUNTZ  # 153052
Attorney at Law
2  4780 Arlington Avenue
Riverside, CA 92504
3  (951) 343-3400
Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff
5

6

7

8              UNITED STATES DISTRICT COURT
       FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                  EASTERN DIVISION

10

11  ROY DEVERA MONDALA,         )    CASE NO.: **EDCV 24-01387 SHK**
                                )
12          Plaintiff,          )    [~~PROPOSED~~] ORDER AWARDING
                                )    EAJA FEES
13          v.                  )
                                )
14  MICHELLE KING[1], Acting    )
    Commissioner of Social Security )
15  Administration,             )
                                )
16          Defendant.          )
    _____ )
17

18      Based upon the parties' Stipulation for Award and Payment of Equal Access

19  to Justice Act (EAJA) Fees ("Stipulation"),

20      **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

21  Equal Access to Justice Act, ("EAJA") in the amount of FOUR THOUSAND

22  EIGHT HUNDRED EIGHTY-NINE DOLLARS and 89/cents ($4,889.89), as

23  authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the

24  Stipulation.

25      DATED:  2/4/2025

       HONORABLE SHASHI H. KEWALRAMANI
26     UNITED STATES MAGISTRATE JUDGE

27  _____

28      [1] Michelle King is now the Acting Commissioner of the Social Security Administration.
Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be
substituted for Commissioner Martin J. O'Malley as the defendant in this suit.  No further action
needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the
Social Security Act, 42 U.S.C. § 405(g).

1